# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY CHEEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-06630-AMO<br><br>**ORDER RE CONSOLIDATION OF ACTIONS**<br><br>Re: Dkt. No. 344 |
| SIDNEY CHEEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADMIRAL VALVE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-6666-AMO<br><br>Re: Dkt. No. 60 |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiff Sidney Cheek moved to consolidate the two Related Cases captioned above. No party filed an opposition to the administrative motion to consolidate. The Court finds that consolidation is appropriate under Rule 42(a) because the Related Cases involve common questions of law and fact; specifically, the cases name common defendants, arise from the same factual allegations, and otherwise include overlapping causes of action. Therefore, the Court GRANTS Cheek's motion to consolidate the two actions.

The case file for the Consolidated Action will be maintained under Case No. 22-cv-06630, and the Court adopts all pleadings, motions, appearances, and orders entered in both case numbers as if filed in the Consolidated Action. The Court finds no need to alter the case caption in Case No. 22-cv-06630.

1   The Court directs the clerk to administratively close Case No. 22-cv-6666.

2   **IT IS SO ORDERED.**

3   Dated: February 14, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**